**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CASE NO. 8:26-cv-02098-TPB-CPT**

JAMES BARNETT,

     Plaintiff,

v.

EQUIFAX INFORMATION SERVICES LLC,

     Defendant.

                                   /

## NOTICE OF RELATED ACTION

In accordance with Local Rule 1.07(c), I certify that the instant action:

_____  IS  related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____

_____

_____

_____

__X__  IS NOT  related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

     I further certify that I will serve a copy of this NOTICE OF RELATED ACTION upon each party no later than fourteen days after appearance of the party.

- 1 -

DATED: July 27, 2026    Respectfully submitted,

         SQUIRE PATTON BOGGS (US) LLP

         By: /s/ *Jason Daniel Joffe*
         Jason Daniel Joffe
         Florida Bar No. 0013564
         200 S. Biscayne Blvd., Suite 3400
         Miami, FL 33131
         Telephone: (305) 577-7000
         Facsimile:  (305) 577-7001
         Email:  jason.joffe@squirepb.com

         *Counsel for Defendant Equifax*
         *Information Services LLC*

## <u>CERTIFICATION OF COMPLIANCE WITH RULE 11</u>

I have reviewed the Standing Order Requiring Disclosure of the use of artificial intelligence. After diligent inquiry and under penalty of perjury, I certify that artificial intelligence was not utilized in the preparation of this filing in any way. I understand that, whether I represent myself or I am an attorney representing a client, I have an affirmative obligation to read each case cited in this filing. If I fail to do so and a case upon which I rely does not exist or does not reasonably stand for the cited proposition, I understand that the Court may treat this as a violation of Rule 11 of the Federal Rules of Civil Procedure and I understand that this rule applies equally to counsel and unrepresented parties, and I am familiar with the sanctions available for violations of Rule 11.

I further understand that citation to a case that either does not exist or does not reasonably stand for the cited proposition may be treated as a violation of my oath of candor toward the tribunal and a basis on which my admission to practice in the Middle District of Florida could be revoked or suspended. Further, whether I represent myself or I am an attorney representing a client, I understand that by making this certification under penalty of perjury I could be referred for criminal prosecution if the statements I make here are false.

By: */s/ Jason Daniel Joffe*
Jason Daniel Joffe

- 4 -

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on July 27, 2026, I electronically filed with the Clerk of Court the foregoing document using the CM/ECF system which will send notification of such filing(s) to all counsel of record.


/s/ *Jason Daniel Joffe*
Jason Daniel Joffe