**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

JAMES BARNETT

      Plaintiff,

v.                            Case No. 8:26-CV-02098-TPB-LSG

EQUIFAX INFORMATION SERVICES, LLC
      Defendant.

---

**NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.07(c), I certify that the instant action:

\_\_\_\_\_   IS                related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____

_____

_____

_____

__X__  IS NOT    related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than eleven days after the appearance of the party.

Dated: July 28, 2026

                    /s/ Cortney Walters, Esq.
                    CORTNEY WALTERS, Esq
                    The Law Office of Cortney E. Walters, PLLC
                    2719 Hollywood Blvd., A-1969
                    Hollywood, FL 33020
                    Florida Bar No. 125159
                    Pleadings@cewlawoffice.com
                    (954) 874-8022

## **CERTIFICATE OF SERVICE**

I certify that on July 29, 2026, I electronically filed the foregoing document(s) with the Clerk of the Court using the CM/ECF, and that the participants in the case that are registered CM/ECF users will be served electronically by the CM/ECF system.

/s/ Cortney Walters, Esq.
CORTNEY WALTERS, Esq